■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. CHARLES MESSINA, Defendant.— Motion by defendant for reargument of motion to remove the trial of indictments from the County Court of Westchester County to a term of the Supreme Court held in another county. Motion denied. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS MYSHOLOWSKY and JOHN SADOWY, Appellants.— Motion by appellants to dispense with printing granted. The appeal will be heard on the original papers and on appellants' typewritten briefs. The appellants are directed to file six copies of their typewritten brief and to serve one copy on the District Attorney. The appellants' time to perfect the appeal is enlarged to the May Term, beginning April 24, 1961; the appeal is ordered on the calendar for said term. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES PANARELLA and ANTHONY TUZIO, Appellants.— Motion by defendants for leave to perfect and argue their appeals upon the printed record heretofore filed in this court on behalf of a codefendant (*People* v. *Filocomo,* Appeal No. 162 E), the appeal of such codefendant having been heard at the February 1961 Term. Motion granted. The said defendants' appeal will be heard upon the record of said codefendant and upon such additional original papers (including the judgment of conviction and the notice of appeal), or typewritten copies thereof, as may be required to complete the record. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES WARE, Appellant.— Renewed motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.